UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RAYMOND J. BALCERZAK,                         :
                                              :
    Plaintiffs,                              :
                                              :     1:13-CV-6227 (KPF)
vs.                                           :
                                              :
AIR & LIQUID SYSTEMS, *et al.*,               :     Notice of Appearance
                                              :
    Defendants.                               :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Justin B. Perri, Esq., of Steptoe & Johnson LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036, hereby enters appearance, as counsel for defendant Metropolitan Life Insurance Company, in the above-captioned matter. I certify that I am admitted to practice in this court.

                                              Respectfully submitted,

Dated: New York, New York
       November 15, 2013.

                                              STEPTOE & JOHNSON LLP

                         By:    /s/ Justin B. Perri
                               Justin B. Perri (JP 6408)
                               The Grace Building
                               1114 Avenue of the Americas
                               New York, NY 10036
                               Phone: (212)506-3900
                               COUNSEL FOR DEFENDANT
                               METROPOLITAN LIFE
                               INSURANCE COMPANY

CERTIFICATE OF SERVICE

The undersigned certifies that this 15th day of November, 2013 that a true and correct copy of the foregoing Notice of Appearance of Counsel for Defendant Metropolitan Life Insurance Company was filed via the Court's ECF system upon the counsel of record.

/s/ Justin B. Perri
Justin B. Perri (JP 6408)