IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **This Document Relates to:** ) | |
| ) | |
| **RAYMOND J. BALCERZAK,** ) | No.:  13-cv-6227 (KPF) |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | |
| ) | |
| **AIR & LIQUID SYSTEMS CORPORATION,** ) | |
| as successor-by-merger to BUFFALO ) | |
| PUMPS, INC. et al. ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Nicholas L. Ortiz, Esq., and Wilbraham, Lawler & Buba, on behalf of Defendant, AIR & LIQUID SYSTEMS CORP., as successor by merger to BUFFALO PUMPS, INC. in regard to the above-captioned action.

Dated: March 17, 2014                    Respectfully submitted,

**WILBRAHAM, LAWLER & BUBA**

/s/   Nicholas L. Ortiz, Esq.
Nicholas L. Ortiz, Esq.
Attorneys for Defendant,
Air & Liquid Systems Corporation as
successor by merger to Buffalo Pumps, Inc.
140 Broadway, 46th Floor
New York, NY 10005
(212) 858-7575

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served a copy of the above and foregoing by electronic means via the CM/ECF to those registered with the CM/ECF.

                                             **Wilbraham, Lawler & Buba**

                                             /s/ Nicholas L. Ortiz, Esq.
                                             Nicholas L. Ortiz, Esq.
                                             nlo@wlbdeflaw.com
                                             Wilbraham, Lawler & Buba
                                             140 Broadway, 46th Floor
                                             New York, NY 10005
                                             (212) 858-7575

Date:   March 17, 2014