UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAYMOND BALCERZAK,** | CIVIL ACTION NO: 13-cv-06227 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF DEFENDANT |
| **AIR & LIQUID SYSTEMS CORP., et al.** | EATON CORPORATION, AS SUCCESSOR-IN-INTEREST TO EATON ELECTRICAL INC. AND |
| Defendants. | CUTLER-HAMMER, INC. |

**PLEASE TAKE NOTICE** that Defendant Eaton Corporation, as successor-in-interest to Eaton Electrical Inc. and Cutler-Hammer, Inc. (improperly sued as Eaton Electrical Corporation, f/k/a Cutler-Hammer, Inc.), through the undersigned attorneys, hereby appears in this action.

    /s/ John C. McGuire
**JOHN C. McGUIRE**
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
P. O. Box 2075
Morristown, New Jersey 07962
973-993-8100
Attorneys for Defendant Eaton Corporation, as successor-in-interest to Eaton Electrical Inc. and Cutler-Hammer, Inc.
Email: jmcguire@mdmc-law.com

Dated: March 21, 2014

2235487

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, a true and correct copy of the foregoing "NOTICE OF APPEARANCE OF DEFENDANT EATON CORPORATION, AS SUCCESSOR-IN-INTEREST TO EATON ELECTRICAL INC. AND CUTLER-HAMMER, INC." was served via the Court's ECF system upon the counsel of record in this matter.

 _/s/ John C. McGuire_____
**JOHN C. McGUIRE**
**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
Wall Street Plaza
88 Pine Street, 24th Floor
New York, NY 10005
Telephone: (212) 483 9490
Facsimile:  (212) 483-9129
Attorneys for Defendant Eaton Corporation, as successor-in-interest to Eaton Electrical Inc. and Cutler-Hammer, Inc.
Email:  jmcguire@mdmc-law.com

Dated:  March 21, 2014

2235487